**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Roy Mayhan,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.<br><br>　　　　Defendants. | No. CV-11-449-PHX-PGR<br><br><br>ORDER |

The plaintiff has filed the same motion for reconsideration in both this civil rights action (Doc. 16) and in his habeas action, CV 09-1647-PHX-PGR. As far as the Court can determine, the motion has no relevance to this action and the Court will strike it.[1] Therefore,

IT IS ORDERED that Petitioner['s] Request Review Consideration of Above Cases (Doc. 16) is stricken from the record of this action.

DATED this 5th day of January, 2012.

Paul G. Rosenblatt
United States District Judge

---

[1] The Court will issue an order in the plaintiff's habeas action resolving the motion for reconsideration.